IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| HEATHER HUFFMAN,<br><br>   Plaintiff,<br><br>vs.<br><br>**PEAK6 INSURTECH SERVICES LLC**,<br><br>   Defendant. | Case No. 4:25-cv-00812 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant PEAK6 Insurtech Services LLC, by its undersigned counsel, states as follows:

PEAK6 Insurtech Services LLC's sole member is PEAK6 Insurtech Holdings LLC. No publicly held company owns 10% or more of PEAK6 Insurtech Services LLC.

Respectfully submitted,

*/s/ Daniel P. Johnson*
Daniel P. Johnson, MO #68966
Direct: 816.627.4449
E-Fax: 816.817.9962
dpjohnson@littler.com
Amelia J. Rens, MO #77439
Direct: 816.627.4445
E-Fax: 816.817.0493
arens@littler.com
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO 64106

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2025, the above and foregoing was filed via the Court's CM/ECF system, and sent via electronic mail to the following:

Tiffany B. Klosener
HOLMAN SCHIAVONE, LLC
4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
Main: 816.283.8738
Facsimile: 816.283.8739
Email: tklosener@hslawllc.com

**ATTORNEY FOR PLAINTIFF**

*/s/ Daniel P. Johnson*
Attorney for Defendant